IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-53221-MMP |
| NOBLE AND SOUND KENNELS, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**APPLICATION OF NOBLE AND SOUND KENNELS, LLC FOR AUTHORIZATION TO USE CASH COLLATERAL**

TO THE HONORABLE MICHAEL M. PARKER, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COMES, Noble and Sound Kennels, LLC, Debtor in Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this its Application for Authorization to Use Cash Collateral, and in support thereof would respectfully show the Court the following:

1. On November 3, 2026, Noble and Sound Kennels, LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, and since such date it has continued in possession and control of its estate and operated its business as a Debtor and Debtor in Possession.

2. The Debtor and its counsel ran a UCC search in the Texas Secretary of States records, a copy of which is attached hereto as Exhibit "A". The UCC search lists of a total of five (5) parties who

have filed a lien on the Debtor's personal property assets. The first UCC filing is by the SBA, which has a claim in the approximate amount of $150,000.00. The additional UCC filings re by MCA lenders, which have no value based upon the SBA's secured claim in the amount of $150,000.00, which far exceeds the value of the Debtor's personal property assets.

3. The Debtor seeks authority under 11 U.S.C. §363(c)(2)(B) to use the cash collateral of the SBA to sustain the Debtor's ongoing operations. Debtor has insufficient other unencumbered cash resources, and has been unable to obtain sufficient post-petition credit to administer its business other than pursuant to §363 of the Bankruptcy Code.

4. Debtor requires the continued use of cash collateral to make payments on, among other things, taxes, rental payments, insurance, payroll, payroll expenses, utility charges, and the costs of supplies used in the operation of the business. Such expenses are encountered by the Debtor in the ordinary course of the Debtor's business, and payment of these expenses is critical to the continued existence of the Debtor and the administration of the case and bankruptcy estate. A copy of the Debtor's proposed budget is attached hereto as Exhibit "B". The Debtor is also requesting the ability to pay its counsel $2,000.00/month for the next several months beginning on November 25, 2026.

5. The Debtor proposes to provide adequate protection to the SBA (the MCA lenders if appropriate) in the form of the following:

a. Replacement liens on all proceeds and accounts receivable generated by the use of cash collateral; and

b. The right to inspect and copy the Debtor's books and records during ordinary business hours upon at least 72 hours prior notice.

c. Monthly payments in the future to be determined by the agreement of the parties or Order of the Court.

6. Pre-petition, the Debtor's operations have suffered from the general slow down in the economy, which resulted in lower income and the Debtor's inability to timely service all of its pre-petition debt. The Debtor had monthly payments to pre-petition MCA lenders which exceeded the amount of $20,000.00/month.

7. In the event that a hearing cannot be conducted immediately, the Debtor requests preliminary, interim authorization to use cash collateral to fund the Debtor's operations for a period of fifteen (15) days pursuant to the terms contained in the budget attached hereto as Exhibit "B".

8. The Debtor submits that the use of cash collateral in the Debtor's continued operations is in the best interest of the Debtor's estate and the Debtor's creditors.

9. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Noble and Sound Kennels, LLC requests that the Court authorize it to use the cash collateral of all parties determined to have allowed liens in the Debtor's property, based upon the lien priority as it existed as of the filing of this bankruptcy case upon the terms and conditions set forth herein, and for such other and further relief to which Debtor may show itself entitled.

Date: November 3, 2026

Respectfully submitted,

*/s/ William R. Davis, Jr.*

WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600

Attorneys for FCR Partners, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

*/s/ William R. Davis, Jr.*

WILLIAM R. DAVIS, JR.

Label Matrix for local noticing
0542-5
Case 26-53221-mmp
Western District of Texas
San Antonio
Tue Nov 3 15:50:40 CST 2026

Noble and Sound Kennels, LLC
10025 Broadway
San Antonio, TX 78217-4418

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Alarm 360
c/o McCarthy Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH 44146-1807

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

Austin Ackerman
14214 Dusky Thrush
San Antonio, TX 78233-5382

Austin Centre North
c/o ARVOO Realty
7801 North Lomar D94
Austin, TX 78752

Barb Hilding
697 Sassan Rd.
Marion, TX 78124-1628

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Broadway BAA, LLC
16160 Midway Rd.
Addison, TX 75001-4202

Celtic Bank
268 South State St., #300
Salt Lake City, UT 84111-5314

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

Chirag Shah
9201 Grant Forest Dr.
Austin, TX 78744-7947

FC Market Place
IBF Capital
Denver, CO 80202

Fora Financial Celtic Bank
268 South State St., #300
Las Vegas, NV 89111

Guadalupe County Tax Assessor
c/o Daryl John
3000 N. Austin St.
Seguin, TX 78155-7320

IBusiness Funding
P.O. Box 109344
Atlanta, GA 30348-9344

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Linda York
4514 Barnard Mill
San Antonio, TX 78247-5947

Lisa York
4514 Barnard Mill
San Antonio, TX 78247-5947

PayPal
P.O. Box 71707
Philadelphia, PA 19176-1707

(p)PAYPAL
3505 SILVERSIDE RD
STE 200
WILMINGTON DE 19810-4905

Sits Means Sit, Inc.
6255 McLeod Dr.
Las Vegas, NV 89120-4404

Travis County Tax Office
2433 Ridgepoint Dr.
Austin, TX 78754-5231

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202-1794

United States Attorney
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5597

United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

William R. Davis Jr
Langley & Banack, Inc.
745 E. Mulberry Ave, Suite 700
San Antonio, TX 78212-3172

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County Tax Assessor/Collector
P.O. Box 839950
78283-3950

(d)Don Stecker
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan St. Suite 2200
San Antonio, TX 78205

Paypal Loan Builder
Swift Finance
3505 Silverside Rd.
Edgemoor, DE 19810

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 28 |
| Bypassed recipients | 0 |
| Total | 28 |